The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BROCK, et al,<br><br>                              Plaintiffs,<br><br>      v.<br><br>CITY OF BELLINGHAM AND<br>MAYOR SETH FLEETWOOD,<br><br>                             Defendants. | CASE NO. 2:24-cv-00850-BJR<br><br>**STIPULATED MOTION AND ORDER FOR OVERLENGTH BRIEFING ON DEFENDANTS' MOTION TO DISMISS**<br><br>NOTED FOR CONSIDERATION:<br>Friday, August 9, 2024 |

Plaintiffs Michael Brock, et al. ("Plaintiffs"), and Defendants City of Bellingham and former Mayor Seth Fleetwood (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

1. Defendants intend to file a motion to dismiss in this matter.

2. Given the number and nature of claims presented by Plaintiffs, the Parties would benefit from more than 15 pages in moving for and opposing dismissal.

3. The Parties agree, subject to the Court's approval, that the Parties may file briefs of the following length:

    a. Defendants' motion to dismiss: 24 pages.

    b. Plaintiffs' response to motion to dismiss: 24 pages.

    c. Defendants' reply in support of motion to dismiss: 12 pages.

STIPULATED MOTION AND ORDER FOR OVERLENGTH BRIEFING ON DEFENDANTS' MOTION TO DISMISS - 1
CASE NO. 2:24-cv-00850-BJR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

IT IS SO STIPULATED.

DATED this 9th day of August, 2024.

SCHEXNAYDRE LAW FIRM

By: s/
    David J. Schexnaydre, T.A.
    Texas Bar Roll #24076142
    SDTX Federal ID No.: 3845089
    2895 Highway 190, Suite 212
    Mandeville, Louisiana 70471
    (985) 292-2020
    david@schexnaydre.com

Counsel for Plaintiffs

By: *s/*
    Charice Holtsclaw, Esq.
    WSBA# 53850
    301 Prospect St.
    Bellingham, WA 98225
    (816) 842-6700
    holtsclaw.law@gmail.com

Local Counsel for Plaintiffs

CITY OF BELLINGHAM

By: *s/ Michael E. Good (with permission)*
    Michael E. Good, WSBA #44857
    Sarah W. Chaplin, WSBA #51642
    210 Lottie Street
    Bellingham, WA 98225
    Phone: (360) 778-8270
    megood@cob.org
    swchaplin@cob.org

Counsel for Defendants

SUMMIT LAW GROUP PLLC

By: *s/ Shannon E. Phillips*
    Shannon E. Phillips, WSBA #25631
    Jesse L. Taylor, WSBA #51603
    Vanessa Williams-Hall, WSBA #54308
    315 5th Avenue S., Suite 1000
    Seattle, WA 98104
    Phone: (206) 676-7000
    shannonp@summitlaw.com
    jesset@summitlaw.com
    vanessaw@summitlaw.com

Counsel for Defendants

STIPULATED MOTION AND ORDER FOR OVERLENGTH BRIEFING ON DEFENDANTS' MOTION TO DISMISS - 2
CASE NO. 2:24-cv-00850-BJR

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

**ORDER**

1. Pursuant to the stipulation, IT IS SO ORDERED. The Parties may file briefs of the following length:

    a. Defendants' motion to dismiss: 24 pages.

    b. Plaintiffs' response to motion to dismiss: 24 pages.

    c. Defendants' reply in support of motion to dismiss: 12 pages.

SO ORDERED.

DATED this 15th day of August, 2024.

_\[signature\]_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER FOR OVERLENGTH BRIEFING ON DEFENDANTS' MOTION TO DISMISS - 3
CASE NO. 2:24-cv-00850-BJR

SUMMIT LAW GROUP, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone 206.676.7000
Fax 206.676.7001