The Wayback Machine - http://web.archive.org/web/20210826113846/https://www.cdc.gov/vaccines/vac-gen/imz-basics.htm



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Immunization: The Basics

### Understanding mRNA COVID-19 Vaccines

mRNA vaccines are a new type of vaccine to protect against infectious diseases. Learn about how COVID-19 mRNA vaccines work.

## Definition of Terms

**Immunity:** Protection from an infectious disease. If you are immune to a disease, you can be exposed to it without becoming infected.

**Vaccine:** A product that stimulates a person's immune system to produce immunity to a specific disease, protecting the person from that disease. Vaccines are usually administered through needle injections, but can also be administered by mouth or sprayed into the nose.

**Vaccination:** The act of introducing a vaccine into the body to produce immunity to a specific disease.

**Immunization:** A process by which a person becomes protected against a disease through vaccination. This term is often used interchangeably with vaccination or inoculation.

Page last reviewed: May 16, 2018
Content source: National Center for Immunization and Respiratory Diseases



**Exhibit A**

Español | Other Languages




# Vaccines & Immunizations

[Vaccines & Immunizations Home](#)

# Immunization: The Basics

### Understanding mRNA COVID-19 Vaccines
mRNA vaccines are a new type of vaccine to protect against infectious diseases. Learn about how COVID-19 mRNA vaccines work.

## Definition of Terms

**Immunity:** Protection from an infectious disease. If you are immune to a disease, you can be exposed to it without becoming infected.

**Related Pages**

See the Vaccine and Immunization Glossary of Terms

**Vaccine:** A preparation that is used to stimulate the body's immune response against diseases. Vaccines are usually administered through needle injections, but some can be administered by mouth or sprayed into the nose.

**Vaccination:** The act of introducing a vaccine into the body to produce protection from a specific disease.

**Immunization:** A process by which a person becomes protected against a disease through vaccination. This term is often used interchangeably with vaccination or inoculation.

Last Reviewed: September 1, 2021
Source: National Center for Immunization and Respiratory Diseases