The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BROCK, et al, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>CITY OF BELLINGHAM AND MAYOR SETH FLEETWOOD, <br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00850-BJR <br><br> **[PROPOSED] ORDER** |

## **ORDER**

CONSIDERING the Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint solely to name seven additional plaintiffs,

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiffs are ordered to file their Second Amended Complaint with all changes incorporated therein within fourteen (14) days of this Order.

SIGNED this ___ day of _____, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　District Judge